17 So.3d 910 (2009)
Primitiva BECERRA, Appellant,
v.
WACHOVIA BANK, N.A., Appellee.
No. 4D09-1018.
District Court of Appeal of Florida, Fourth District.
September 30, 2009.
*911 H. Mark Purdy of Purdy & Flynn, P.A., Fort Lauderdale, for appellant.
Morris G. (Skip) Miller and Amy S. Rubin of Ruden, McClosky, Smith, Schuster & Russell, P.A., West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Mercury Marine Indus., Inc. v. Dillon, 779 So.2d 356 (Fla. 2d DCA 2000).
WARNER, FARMER and GERBER, JJ., concur.